# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEITH RUSSELL JUDD,**

               **Plaintiff,**

**-vs-**                                     **Case No.  6:11-cv-867-Orl-22KRS**

**SECRETARY OF STATE OF FLORIDA**
**and STATE OF FLORIDA,**

               **Defendants.**

_____

## ORDER

This cause is before the Court on Application for Waiver of Filing Fees and Costs (Doc. No. 2) filed on May 23, 2011.

The United States Magistrate Judge has submitted a report recommending that the Application be denied and the Complaint be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, including the untimely objections mailed July 4, 2011 by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 1, 2011 (Doc. No. 4) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Application for Waiver of Filing Fees and Costs (Doc. No. 2) is DENIED.

3.      The Complaint is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 14, 2011.

Copies furnished to:

Keith Russell Judd, *pro se*

ANNE C. CONWAY
United States District Judge